# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U-LINE CORPORATION,

        Plaintiff,        Case No. 04-C-971

        v.

TRIEGER PARTNERS LIMITED,

        Defendant.

## ORDER AND OPINION

On March 28, 2005, this court issued a notice to the Plaintiff that this action would be dismissed after twenty days pursuant to Civil Local Rule 41.1. Twenty days have now passed and there has been no response from the Plaintiff. Therefore, the court ORDERS that this action is dismissed without prejudice. See Civil Local Rule 41.1.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff U-Line Corporation brought this action against Defendant Trieger Partners Limited before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the Plaintiff having failed to effect service,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 20th day of April, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge