# United States District Court

EASTERN DISTRICT OF WISCONSIN

U-LINE CORPORATION

**JUDGMENT IN A CIVIL CASE**

      Plaintiff

      v.             CASE NUMBER: 04-C-971

TRIEGER PARTNERS LIMITED

      Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

> Plaintiff U-Line Corporation brought this action against Defendant Trieger Partners Limited before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the Plaintiff having failed to effect service,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed without prejudice.

| | |
|---|---|
| April 20, 2005 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | |
| | s/ B. Furlick |
| | (By) Deputy Clerk |